STATE OF NORTH CAROLINA v. SAMMIE LEE LOVE

No. 539A98

(Filed 25 June 1999)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 131 N.C. App. 350, 507 S.E.2d 577 (1998), finding no error in judgments entered 24 October 1996 by Bowen, J., in Superior Court, Robeson County. Heard in the Supreme Court 14 April 1999.

*Michael F. Easley, Attorney General, by Jill Ledford Cheek, Assistant Attorney General, for the State.*

*Sue A. Berry for defendant-appellant.*

PER CURIAM.

AFFIRMED.